UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| UNITED STATES OF AMERICA, | : | Case N. 5:15-CR-87-DCR |
|---|---|---|
| Plaintiff, | : | Judge Danny C. Reeves |
|  |  | Magistrate Robert E. Wiel |
| V. | : |  |
| SAMUEL A. GIROD, | : | **Motion to Withdraw** |
| Defendant. | : |  |

Now comes Defendant Samuel A. Girod, through his counsel, and moves the Court to allow Attorney McFarland to withdraw as the attorney in the above captioned case. McFarland states that the reason for the withdrawal is that Girod has terminated his attorney-client relationship with McFarland. Attorney McFarland further states that after his release from the hospital his client visited him during his recovery on the afternoon of April 8, 2016. During the visit Girod informed McFarland that his services were no longer needed, effective April 8, 2016, and that he, Sam Girod, would be representing himself. McFarland gave Girod the recent discovery provided the Assistant United States Attorney while he was in the hospital. Girod also requested that McFarland file his withdrawal as soon as possible.

Accordingly, Attorney McFarland moves the Court to allow his withdrawal effective April 8, 2016since he is no longer representing Sam Girod in the above captioned case. Respectfully submitted April 9, 2016.

,

/s/ *Charles E. McFarland*
Charles E. McFarland
Attorney at Law
338 Jackson Rd.
New Castle, Kentucky 40050
mcfarlandc@bellsouth.net
(502) 845-2754

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing Motion to Continue Trial Date has been filed with the Clerk of the Court using the ECF system, this 9th day of April, 2016.

/s/ *Charles E. McFarland*