UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

*Eastern District of Kentucky*
**FILED**
MAY -9 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNTIED STATES OF AMERICIA, | : | Case Number |
| Plaintiff | : | 5:15-CR-87-DCR |
| | : | |
| Vs. | : | |
| | : | **Plea Entry** |
| | : | |
| Samuel A. Girod | : | |
| **Accused, in error** | : | |

Now, comes the falsely accused, after removal of counsel, to hereby enters a Plea of Non-Assumpt by way of Confession. A plea was entered on behalf of not guilty and we will change that plea to the more appropriate,  Non-Assumpt by way of Confession.

*I hope this finds you well,*

*[signature]*

*Samuel, House of Girod*

*End of document*

# *Certificate of Service*

Serviced by my hand and United States Postal Service signature required on this day;

Office of the Honorable Andy Beshear
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, Kentucky

Criminal Branch Deputy Attorney General,
J. Michael Brown,
Office of the Attorney General
Frankfort, Kentucky

Commissioner of Food and Drugs,
Robert Califf, M.D.,
White Oak Campus, 10903 New Hampshire Avenue,
700 Capitol Avenue, Suite 118
Silver Spring, Maryland 20993

Chief Information Officer Todd Simpson
White Oak Campus, 10903 New Hampshire Avenue,
Silver Spring, Maryland 20993

Chief Counsel Elizabeth H. Dickinson.
White Oak Campus, 10903 New Hampshire Avenue,
Silver Spring, Maryland 20993

The Honorable Karen K. Caldwell
United States Chief Judge
US District Court
101 Barr Street
Lexington, KY 40507

The Honorable Robert E. Wier
United States Magistrate Judge
US District Court
101 Barr Street 40507

Attorney General
Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Samuel, House of Girod

End of Document