UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
MAY -9 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNTIED STATES OF AMERICIA,<br>Plaintiff | : | Case Number<br>5:15-CR-87-DCR |
| Vs. | : | **Notice of Intent** |
| Samuel A. Girod<br>**Accused, in error** | : | |

    Now, comes the falsely accused, after removal of counsel, to hereby Notice UNITED STATES and any agencies thereof to the Fact, and Intent, that on or about May 10, 2016, we Intend to continue to use Interstate commerce based upon this Honorable Courts decision and we have every lawful and legal rite to do so.

"Our system, fostered by the Commerce Clause, is that **every farmer and every craftsmen shall be encouraged to produce by the certainty that he will have free access to every market in the Nation, that no home embargos will withhold his exports; and no foreign state will by customs, duties or regulations exclude them**. Likewise, every consumer may look to the free competition from every producing area in the Nation to protect him from exploitation by any. Such was the vision of the founders; such has been the Doctrine of this court which has given it reality." **H.P. Hood &Sons, Inc.V. Du Mond, 336 U.S. 525,, 539; 69 S. Ct. 657, 665;93 L.Ed.865 (1949); Dennis v. Higgins, 439; 11 S. Ct. U.S. Neb., (1991)**

    To place this farmer under a home embargo is shameful display of alleged Governmental overreach and stops tomorrow today.

*I hope this finds you well,*

*Samuel, House of Girod*

*End of document*

# *Certificate of Service*

Serviced by my hand and United States Postal Service signature required on this day;

Office of the Honorable Andy Beshear
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, Kentucky

Criminal Branch Deputy Attorney General,
J. Michael Brown,
Office of the Attorney General
Frankfort, Kentucky

Commissioner of Food and Drugs,
Robert Califf, M.D.,
White Oak Campus, 10903 New Hampshire Avenue,
700 Capitol Avenue, Suite 118
Silver Spring, Maryland 20993

Chief Information Officer Todd Simpson
White Oak Campus, 10903 New Hampshire Avenue,
Silver Spring, Maryland 20993

Chief Counsel Elizabeth H. Dickinson.
White Oak Campus, 10903 New Hampshire Avenue,
Silver Spring, Maryland 20993

The Honorable Karen K. Caldwell
United States Chief Judge
US District Court
101 Barr Street
Lexington, KY 40507

The Honorable Robert E. Wier
United States Magistrate Judge
US District Court
101 Barr Street 40507

Attorney General
Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Samuel, House of Girod

End of Document