You, "Trustee Reeves" as lead trustee will notify "Trustee Weir", "Trustee Caldwell", the UNITED STATES MARSHALL SERVICE and this Executor/Beneficiary that the DEFENDANT is in your custody and the Warrant has been lifted.

Make this happen,

Samuel

Dear Mr, Reeves,

From the Beginning with God as my wittness I Sam acknowledge all Blessings given by God repent all transgressions against God and waive all claims without God.

Why do you go against your own Law, Constitional Law and Gods Law.

I did nothing wrong and you very well Know That.

there is a Huge civil Rights issue here with all the rest of the issues included, you send People out here with automatic weapons when there were no weapons at our house. My wife My children and our Grandchildren were held at Gun Point. How Very Cruel when we did nothing wrong to start with, My Grandchildren are having Nightmares over this Gestapo action. and you are personly liable and Responsible for all This,

I give you one more chance to step away and drop this illegal arrest werrent

I Pray That you repent of your sins and turn to Jesus Christ for your savior

Samuel Girod and Family



Dear Matt, I can only hope this correspondence finds you well my name is Samuel A. Girod. This packet of information is being presented to you in the hopes of finding remedy for abuses within the great Kentucky State.

The rented people that infest the rented FEDERAL building through unconstitutional acts against this "State Citizens" have become overbearing. In an attempt to find Constitutional relief we have found some relief in the Constitutional Sheriff which has given relief in Bath County. We would like relief from you covering the "Kentucky State" as "Kentucky Citizens".

We can only hope you will see this matter as the broad over reach that has restricted Samuel free passage within the State as a "Kentucky Citizen" without the constant concern of attack by a "Foreign State" on one of "Kentucky Citizens" and offer the same protection held by the Constitutional Sheriff.

We have noticed your Attorney General of the issues presented and have the signature required Mailing to prove this fact, we can only assume that you have not been notified and do so now.

Thank you for any remedy you can provide and have a nice Day.

Samuel A. Girod

To all to whom these presents shall come, Greetings:

      Samuel August Girod is a Kentucky farmer and also a Healer, an Amish Healer is similar to a Mesoamerican Medicine Man. Many religions around the world have used these methods of healing the body, with these and similar herbs, for millennia prior to the existence of UNITED STATES, agency's and/or any code, statute of regulation, thereof or after the fact.

      An Indictment charges Mr. Girod with nine counts of misbranding under the Federal Food, Drug, and Cosmetic Act (hereinafter "FDCA"), 21 U.S.C. § 301 et. seq., Conspiracy to Impede or Injury Officer, 21 U.S.C. § 372, Obstruction of Proceedings before Departments, Agencies, and Committees, 18 U.S.C. § 1505, and Tampering with Witness, Victim, or an Informant, 18 U.S,C, § 1512.

      Mr. Girod is a lifelong member of the Old Order Amish faith. The record presented to and discussed by Chief Justice Burger in *Wisconsin v. Yoder, 406 U.S. 205, 209 (1972)* is substantially the same as the record Mr. Girod has presented to the court. Mr. Girod's faith is deeply rooted, having come into existence beginning with the Swiss Anabaptist of the 16th Century. The Amish seek to return to early Christian life de-emphasizing material success, rejecting the competitive spirit, and seeking to insulate themselves from the modern world, including but not limited to, modern pharmaceuticals. See Id at 210. Old Order Amish communities are characterized by a fundamental belief that salvation requires life in a church community separate and apart from the world and worldly influences. Id. A related feature of Old Order Amish communities is their devotion to a life in harmony with nature and the soil. Id. The Old Order Amish religion pervades and determines the entire mode of life of its adherents. Id. The Ordnung is a set of rules that regulate their lives in great detail.

      The Amish rely heavily on natural remedies. Since the Amish typically have no more than an 8th grade education, their communities lack physicians within. With regard to healing they believe that "Nature is God's handiwork and that the more one embraces nature, the closer one comes to God." See Donald B. Kraybill, "The Amish Way: Patient Faith in a Perilous World" p.170 (2010). Since the body is a natural organism, the Amish consider natural remedies to be uniquely in tune with the mysteries of God. In other words, the Amish view the science-minded view of modern medicine not as the ultimate authority, but rely principally upon divine providence. Mr. Girod sincerely believes that God created herbs and vegetation on Earth to be used as the need arises, and that the FDA's demand to first test the validity and viability of God's perfect creation is untenable. Therefore, by requiring Mr. Girod to first submit his wares to the scientific labs of the FDA in order to condone the viability of his natural products substantially burdens Mr. Girod's free exercise of religion in providing God's perfect creation to the Men and Women of his community.

      The matters raised by the Motion to Dismiss, [See attached], can and should be determined without a trial of the general issues. Under Federal Rule of Criminal Procedure 12(b)(2), a charge in a complaint may be dismissed if it is subject to a defense that may be decided solely on issues of law. *See United States v. Labs of Virginia, Inc., 272 F.Supp.2d 764, 768 (N.D.Ill.2003)*. The Court should dismiss the Indictment in this cause because the charges alleged therein abridge Defendant's free exercise of religion guaranteed by the First Amendment of the United States Constitution, the Religious Freedom Restoration Act of 1993 (hereinafter "RFRA") and the Religious Land Use and Institutionalized Persons Act of 2000 (hereinafter "RLUIPA"). Since the determination of the defenses raised herein constitute matters of law, dismissal of the Indictment under Rule 12(b)(2) of the Federal Rules of Criminal Procedure is appropriate. *See United States v. Tawahongva, 456 F.Supp.2d 1120 (N.D.Az.2006)*.

The FDCA as applied to Mr. Girod is unconstitutional, the FDCA is unconstitutional on its face. The FDA executes the law to protect the health and welfare of the general public by requiring manufacturers of products to apply for approval on new drugs. They are not preventing the introduction of the same products that remains silent as to intended use.

In other words, the language used by the manufacturer is necessary to convert or pervert the product into a drug by legal definition. Since the language used by the manufacturer is necessary to determine the product's intended use, the freedom of speech is implicated. In this case, the Amish have shared the information pertaining to the product's Mr. Girod introduced for approximately 300 years other cultures for much, much longer. The popular Amish newspaper publishes information daily about these natural herbs. There is no statutory limitation to the oral or written evidence upon which the government may rely to prove intended use, assumption and presumptions notwithstanding.

Defendant respectfully moved the Court, pursuant to, but not limited to, Federal Rule of Criminal Procedure 12(b)(3)(B), to dismiss the Indictment for failure to state an offense under 21 U.S.C. § 331 and the obvious agency jurisdictional issues raised under 5 U.S.C § 554 and 21 U.S.C. § 335.

This Matter should never have even been reported to the UNITED STATES ATTORNEY for prosecution prior to an entitled agency hearing.

UNITED STATES V. ANDREADIS, (E.D.N.Y. 1964) 343 *"On January 8, 1964, pursuant to Section 335 of Food, Drug and Cosmetic Act, 21 U.S.C. the Food and Drug Administration issued to defendant Herrick a notice entitled "Notice of Hearing", according to which an informational hearing was held by the Administration on January 13, 1964, at which Herrick was given an opportunity to explain voluntarily the circumstances in connection with the alleged violation of the Food, Drug and Cosmetic Act for the purpose of "enabling" the Administration to determine whether or not the matter would be referred to the Department of Justice for prosecution."*

A careful examination of the record will clearly show that the UNITED STATES employees have made outrageous false claims against Samuel, his chosen life style, exercise of speech, exercise of religion and his very way of life without ever producing any damage to any valid victim. The UNITED STATES employees have filed a Prosecution against Samuel in direct violation of, but not limited to, 5 U.S.C § 554 and 21 U.S.C. § 335, against his chosen life style, exercise of speech, exercise of religion and his way of life.

A careful examination of the record will show UNITED STATES employees have allegedly sat in judgment of Samuel, his chosen life style, exercise of speech, exercise of religion and his way of life by denying Samuel any meaningful defense, including but not limited to, appellant review, a Blanket Dismissal of the defense Motion to Dismiss. Every item asked for in limine until clarification was totally ignored, our expert witnesses, everything that did not fit the prosecutions case was dismissed.

While simultaneously, everything ask for by UNITED STATES was granted without exception, including but not limited to, an alleged prosecution expert witness to testify at trial about a drug not found by two different analysis, one by the defense and one by the prosecution, both of which were determined that no drugs were found, at all, including the drug this alleged expert witness was going to testify about. A careful examination of the record will show that these alleged judges, Weir and Reeves, turned trustee's, have either taken the position of UNITES STATES or refused to hear the matter at all.

Meaning the UNITED STATES or the employees thereof, in one form or another, have placed themselves in the position of, the Victim, the Accusers, the Prosecution, the Judge and the Executioners of punishment over Samuel, his chosen life style, exercise of speech, exercise of religion and way of life.

Samuel is looking at spending forty-eight years in prison for his chosen life style, exercise of speech, exercise of religion and his way of life. Samuel is Fifty-six years old plus the forty-eight meaning Samuel is expected to spend the rest of his life or until he is 104 years old in prison for a victim-less alleged crime that is repugnant to Samuel's life style, free exercise of speech and religion.

*Beaty v. US, 937 F. 2d 288 - Court of Appeals, 6th Circuit 1991*
*A central tenet of our republic — a characteristic that separates us from totalitarian regimes throughout the world —*
*is that the government and private citizens resolve disputes on an equal playing field in the courts. When citizens face*
*the government in the federal courts, the job of the judge is to apply the law, not to bolster the government's case.*

     A careful examination will show Danny Reeves did file for a conference hearing[see attachment] after appeal was filed with the same 6th Circuit court of appeals that made the above decision and never directed the defendant to appear. Knowing the matter was under appeal Samuel did not go to the hearing as he was not directed to do so. Mr. Reeves did cause an illegal arrest warrant to be filed with, yet again, more UNITED STATES employees. These employees did go to Samuel's house with automatic weapons drawn on Samuel's wife and their Grandchildren absolutely traumatizing these children to continuing nightmares that last this day. This should be a proud shining moment for those that rent this Courthouse from the People of Kentucky and then turn on their Landlords.

     Quoting United States Supreme Court in SCREWS v. U.S., (1945) [325 U.S. 91, 92]

     It is said, however, that this construction of the Act will not save it from the infirmity of vagueness since neither a law enforcement official nor a trial judge can know with sufficient definiteness the range of rights that are constitutional. But that criticism is wide of the mark. For the specific intent required by the Act is an intent to deprive a person of a right which has been made specific either by the express terms of the Constitution or laws of the United States or by decisions interpreting them. Take the case of a local officer who persists in enforcing a type of ordinance which the Court has held invalid as violative of the guarantees of **free speech or freedom of worship**. Or a local official continues to select juries in manner which flies in the teeth of decisions of the Court. **If those acts are done willfully, how can the officer possibly claim that he had no fair warning that his acts were prohibited by the statute? He violates the statute not merely because he has a bad purpose but because he acts in defiance of announced rules of law. He who defies a decision interpreting the Constitution knows precisely what he is doing. *If sane*, he hardly may be heard to say that he knew not what he did. Of course, willful conduct cannot make definite that which is undefined. But willful violators of constitutional requirements, which have been defined, certainly are in no position to say that they had no adequate advance notice that they would be visited with punishment. When they act willfully in the sense in which we use the word, they act in open defiance or in reckless disregard of a constitutional requirement which has been made specific and definite. When they are convicted for so acting, they are not punished for violating an unknowable something.**

***An officer who acts in violation of the Constitution ceases to represent the government.* Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.**

     Samuel never was under contract with the charging agency, and is actually charged with not contracting with the UNITED STATES or its agency and knows of no contract with UNITED STATES entered into knowingly or willingly with full disclosure, adhesion contracts notwithstanding.
     The UNITED STATES through employees is hereby ordered and directed to off-set any claim against Samuel and his family, including but not limited to his sleepless grandchildren.
     The body, Mind and Spirit, collectively known as Samuel August Girod as the true Executor, Beneficiary and "State Citizen", assigns you, Danny Reeves as the trustee of record, you will find an enclosed and endorsed financial instrument to make this become a reality and you are directed and ordered to do so, to offset any claim, including 5:15-CR-87-DCR, any cusip numbers associated with 5:15-CR-87-DCR and Liquidate the assets and return the balance to beneficiary and lift your illegal arrest warrant forthwith and without delay, the DEFENDANT [Financial Instrument/Birth Certificate] has surrendered to you and is in your hands, as Trustee you are duty bound per your "Oath of Office".
     You have the standard ten days to make this happen or we will be forced to move this matter forward, judge your actions accordingly.

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D

APR 1 2 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNTIED STATES OF AMERICIA, | : | Case Number |
| Plaintiff | : | 5:15-CR-87-DCR |
| | : | |
| | : | |
| Vs. | : | |
| | : | **Motion to Dismiss** |
| | : | **And Limine** |
| | : | |
| Samuel A. Girod | : | |
| **Defendant, in error** | : | |

On this day of April 12, 2016, after removal of counsel, the Defendant, in error, moves this Honorable Court for Dismissal under a blatant Lack of Due Process, Lack of Standing and a total Lack of Jurisdiction involving the alleged federal agency known as the FDA, assumptions and presumptions notwithstanding.

The matter must first be heard under the provisions of; 5 U.S. Code § 554 –
**(a)** This section applies, according to the provisions thereof, *in every case of adjudication required by statute to be determined on the record "**after**" opportunity for an agency hearing.*
**(b) Persons entitled to notice of an agency hearing shall be timely informed of—**
    (1) the time, place, and nature of the hearing;
    (2) the legal authority and jurisdiction under which the hearing is to be held;
[Note; Emphasis added and mine.]

Please show on the record and for the record, reflection will not suffice, where and when this agency hearing, involving Due Process, Standing and Jurisdiction took ever place and why Samuel was not entitled to this Hearing? The courts have consistently held; *"When a person of ordinary intelligence has not received fair notice that his contemplated conduct is forbidden, prosecution for such conduct deprives him of due process." ; U.S. v. Batchelder, 442 U.S. 114, 123, 99 S.Ct. 2198, 60 L.Ed2d 755 (1979)* and *"Prosecution of [one] who is unaware of any wrongdoing violates the Due Process Clause." General Electric Co. v. E.P.A., 53 F. 3d 1324 (1995)*

**Question [1]**   Absent any Administrative Hearing, this action, in Law; is this Prosecution a direct violation of the Due Process Clause of the U.S, Constitution, not at law, but in Law? Assumed answer is toward the affirmative and this matter is void, not voidable, just void.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 15-087-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SAMUEL A. GIROD, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court being sufficiently advised, it is hereby

**ORDERED** that a status conference shall be held in this matter on **Friday, August 26, 2016**, beginning at the hour of **11:00 a.m.**, at the United States Courthouse in Lexington, Kentucky. The parties are advised that the Court intends to schedule a new trial date at the time of the status conference.

This 16th day of August, 2016.



Signed By:

_Danny C. Reeves_ DCR

United States District Judge



# Sheriff John Snedegar

## Bath County Sheriff's Office
## 17 West Main Street
## Owingsville, Kentucky 40360

Dear FDA, U.S. D. Court , U.S. Marshals and any employees thereof:        Sept. 12, 2016

As the Sheriff of Bath County I am concerned about the ongoing ruthless and relentless attack against one of my constituents, Samuel Girod. Mr. Girod is an Amish farmer and an honest and good Man. He, like all Amish, is very passive, religious and  would never hurt anyone and never has harmed anyone. This is why I am so concerned about your threats to put him in prison for the rest of his life. Samuel deserves no such treatment. I am also aware of similar attacks towards Amish who, for religious convictions,do not pasteurize their milk products. Why is the FDA attacking and victimizing such peaceful and law abiding Americans?

I am sworn to uphold and defend the Constitution, as you are also. Art. VI last paragraph of the U S Constitution requires us to swear allegiance to the Constitution itself. We do not swear to defend bureaucratic regulations, but the principles upon which American liberty was founded. Yes, I am very familiar with the "Supremacy Clause."  This clause is in Art VI also and states that "This Constitution, and the laws of the United States, which shall be made in **pursuance** thereof...shall be the supreme law of the land." Therefore, only laws made in **"pursuance"** of the Constitution becóme supreme, and regulations, as well-meaning as they might be, could never supersede the Constitution. The "Supremacy Clause" does not grant "carte blanche" powers to federal bureaucrats. Justice Scalia clarified this principle in **Printz v U S** when he said that the regulatory authority of the Federal Government does not trump State Sovereignty. In fact, a careful examination of American history shows that the States formed the Federal Government and "delegated" to them "not all governmental powers, but only discrete enumerated ones." (Printz) Those limited powers are listed in Art. I Sec 8 of the U S Constitution.

I notice with some astonishment that the FDA has allowed the worst and most destructive drugs ever to be readily available to the public; tobacco and alcohol. You merely require warnings to be on these products to make certain that consumers know these products are dangerous. If you would like I will make sure that all Girod's lotions contain a similar warning to all his customers and a larger sign in front of his property stating the same warning. Then both sides would be satisfied and a good man is not made out to be a felon, stripped from his family, and his "Pursuit of Happiness," with the abuse of the judicial process.

I am a peaceful man and hope to get along with all government agencies, but I will not stand by and watch as the rights of the People are violated. If you would like to meet with me and discuss these matters, please feel free to contact me. In the meantime I want you to know that Samuel Girod is under the Protective Custody of the Bath County, Kentucky Sheriff's Office and as such, will not answer to the FDA or your agents, the US District Court nor US Marshals, again, until the Appellate process has been perfected. If you need something from Samuel Girod for any reason, please contact me at my office.


Respectfully,


John Snedegar
Bath County Sheriff


Robert Califf
Food and Drug Administration,
10903 New Hampshire Avenue,
Silver Spring, Maryland 20993

Danny C. Reeves
United States District Court
101 Barr Street
Lexington, KY 40507

U.S. Marshal Service
Eastern District of KY
Federal Building
Barr and Limestone Streets, Room162
Lexington KY 40507

If sane, he hardly may be heard to say that he knew not what he did.

## 18 U.S. Code § 242 - Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being **an alien**, or by reason of his color, or race, than are prescribed for the punishment of citizens, **shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon,** explosives, or fire, **shall be fined under this title or imprisoned not more than ten years, or both;** and **if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap,** aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, **or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both,** *or may be sentenced to death.*

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

Please note Samuel has never vote in any of your elections nor ever registered to do so, judge your action accordingly.

Samuel August Girod

End of Document