EDKy-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LEXINGTON   Case No. 15-CR-087-DCR   At LEXINGTON   Date 02/27/17

DOCKET ENTRY: The following jurors were qualified by the Court: Juror Nos. 499, 617, 626, 627, 632, 633, 635, 639, 640, 643, 645, 646, 647, 651. The Court was advised of an incident regarding a government witness. The Court directed the FBI to open an investigation into the matter to determine if interference with the witness constitutes impeding or interfering with Court proceedings or contempt of Court based on the Court's previous instructions with respect to improper communications. Defendant Girod – through third parties – filed three motions while the Court was in session. The two motions to dismiss [Record Nos. 113, 114] and a motion for recusal [Record No. 115] were **DENIED** for the reasons stated on the record. The parties are directed to brief the issue of whether defendant may continue to act as his own attorney and also utilize standby counsel for cross-examination of certain witnesses. The parties shall be prepared to argue the issue prior to commencement of trial on February 28, 2017.

PRESENT: HON. DANNY C. REEVES, UNITED STATES DISTRICT JUDGE

Lisa Moore        Peggy Weber        Kate Smith/Gary Todd Bradbury
Deputy Clerk      Court Reporter     Assistant U. S. Attorneys

DEFENDANTS                                ATTORNEYS FOR DEFENDANTS

(1) Samuel A. Girod (custody)        (1) Michael B. Fox (standby CJA counsel)

X JURY TRIAL. The Jury impaneled and sworn as follows:   ___ COURT TRIAL

(1) #476              (5) #640              (9) #494
(2) #619              (6) #635              (10) #524
(3) #531              (7) #643              (11) #627
(4) #625              (8) #645              (12) #614

(1st alt) #498                      (2nd alt) 633

(3rd alt) _____               (4th alt) _____

 X  Opening Statement for the United States. Defendant reserves his opening statement until conclusion of the proof of the United States.

Introduction of Evidence for plff   X  begun   ___ resumed   X not concluded.

Introduction of Evidence for plff   ___ begun   ___ resumed   ___ not concluded.

___ Rebuttal evidence; ___ Surrebuttal evidence.

 X  Case continued to **February 28, 2017** at **9:00 a.m.** for further trial. Defendant and counsel shall be present at **8:30 a.m.** for oral argument on the issue of hybrid representation.

___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ submitted.

___ Jury retires to deliberate at _____; Jury returns at _____

___ FINDING BY COURT.  ___ JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT

(1) DEFENDANT _____   (2) DEFENDANT _____

(3) DEFENDANT _____   (4) DEFENDANT _____

___ Jury Polled.   ___ Polling Waived   ___ Mistrial Declared

Case continued until_____20__ at_____for sentencing.

___Court orders Presentence Report-copy to be furnished counsel per Rule 32,FRCP

___Copy of Presentence Report not requested.

___Defendant to remain on bond.   X Defendant remanded to custody.

Copies: COR, USP, USM, D, JC

TIC:  6.25
Deputy Clerk: lkm