REW

What are the dates we as a jury should focus on for the indictment? What is the timeframe?

Juror 494

Eastern District of Kentucky
FILED
FEB 28 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT