WE HAVE A VERDICT.

*Juror 0619*

3/1/17

Eastern District of Kentucky
**FILED**

MAR 0 1 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

2 Jurors would like to smoke. Is that ok?

0619

3/1/17

Eastern District of Kentucky
FILED

MAR 01 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT